AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

PATRICIA CALEZICH

*Plaintiff(s)*

v.

M & S CARGO EXPRESS CORP, and
KAREL GUERRA, individually

*Defendant(s)*

Civil Action No. 1:26-cv-28021-LFL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* M & S CARGO EXPRESS CORP
Registered Agent: Karel Guerra
2500 N.W. 46th Street
Miami, Florida 33142

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Patricia Calezich
323 Washington Avenue, #8
Miami Beach, Florida 33139
Email: patorhymes@gmail.com
Phone: (786) 942-2770

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

Date: Nov 12, 2026

s/ Clifford Charles

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| PATRICIA CALEZICH<br><br>*Plaintiff(s)*<br>v.<br><br>M & S CARGO EXPRESS CORP, and<br>KAREL GUERRA, individually<br><br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-28021-LFL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KAREL GUERRA
2500 N.W. 46th Street
Miami, Florida 33142

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Patricia Calezich
323 Washington Avenue, #8
Miami Beach, Florida 33139
Email: patorhymes@gmail.com
Phone: (786) 942-2770

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Nov 12, 2026

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts